**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



**CASE NO. 22-CR-20521-RNS**

**UNITED STATES OF AMERICA,**

**vs.**

**THEODORE FARNSWORTH,** *et al.***,**

        **Defendants.**

_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Marx P. Calderón, hereby appears as

counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By:    *s/ Marx P. Calderón*
       Marx P. Calderón
       Assistant United States Attorney
       Court ID No. A5502700
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9036
       E-mail: Marx.Calderon@usdoj.gov

SEALED

FILED BY_____PE_____D.C.

Nov 8, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI