IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-20521-CR-SCOLA

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE FARNSWORTH, *et al*

    Defendants.

_____/

## COUNSEL'S NOTICE OF PERMANENT APPEARANCE
## ON BEHALF OF DEFENDANT THEODORE FARNSWORTH

Henry P. Bell of Bell Rosquete Reyes Esteban, PLLC, a member in good standing of the Florida Bar and admitted to practice in the Southern District of Florida, hereby enters his appearance as attorney of record for Defendant, Theodore Farnsworth. Pursuant to Local Rule 88.7, Counsel notifies this Court that the undersigned appearance is through trial only.

    Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
Henry P. Bell
999 Ponce De Leon Blvd., Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599
Email: hbell@bresq.com
*Counsel for Theodore Farnsworth*

By: /s/ Henry P. Bell
    Henry P. Bell
    FBN: 090689

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 22, 2022 a true and correct copy of the foregoing has been furnished electronically via CMCEF to all counsel of record.

By: Henry P. Bell
Henry P. Bell
FBN: 090689