UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE,

      Defendants.

_____/

## PROTECTIVE ORDER

Upon consideration of the United States' Motion for Entry of a Protective Order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and the record in this case, the Court finds good cause for the Motion and hereby ORDERS:

1. Documents, materials, and information the United States provides as discovery in this matter that may contain personal, confidential, identifying information of individuals, including sensitive financial information, interview memoranda, and electronic communications, shall be described as "covered information" for purposes of this Order.

2. The Defendants shall possess covered information only as necessary for counsel to perform work related to the case.

3. Associates and agents of defense counsel, and investigators working with defense counsel, may possess covered information only as necessary to perform work related to the case.

4. Third parties contracted by the United States or the defense to provide expert analysis or testimony may possess covered information only as necessary to perform work

related to the case.

5. Government personnel and defense counsel shall ensure that the Defendants (in the case of defense counsel) or any third person who obtains access to covered information is provided a copy of this Order or is made aware of its contents.

6. No person who obtains access to or possession of covered information shall retain such access or possession, or further disseminate or distribute covered information, other than as authorized.

7. Any person who obtains access to or possession of covered information shall promptly destroy or return such information once the person no longer requires access to or possession of the information to perform work related to the case.

8. Upon entry of a final judgment in this matter and conclusion of any direct appeals, defense counsel shall destroy or cause to be destroyed all copies of covered information except as otherwise required to be maintained pursuant to document retention policies and to represent the Defendants in any additional proceedings relating to this matter, including, collateral review of any judgment.

DONE AND ORDERED in Miami, Florida, on December 16, 2022.

HON. ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE