United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, Plaintiff | ) ) ) | |
| v. | ) ) ) | Criminal Case No. 22-20521-CR-Scola |
| Theodore Farnsworth, and J. Mitchell Lowe, Defendants. | ) ) ) | |

### Order Continuing Trial – Ends of Justice

**This Cause** came before the Court on Defendants' Second Unopposed Joint Motion to Continue Trial Date, filed June 2, 2023. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** that Defendants' Second Unopposed Joint Motion to Continue Trial Date (**ECF No. 52**) is **granted**. **The trial date is continued as to both defendants**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **June 2, 2023**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The above-named defendant is hereby set for jury trial before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida, during the two-week trial period that begins on **September 9, 2024, at 9:00 a.m.** A calendar call will be held on **Tuesday, September 3, 2024, at 9:00 a.m.** at the same location. **All counsel and defendants are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on June 5, 2023.

**Robert N. Scola, Jr.**
**United States District Judge**

cc:    counsel of record