# REDACTED
# EXHIBIT 1

| | |
|---|---|
| **From:** | Michael Christopher |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Arrival in Syracuse |
| **Date:** | Friday, February 17, 2023 1:31:05 PM |
| **Attachments:** | image001.png |

Thank you

**From:** Theodore Farnsworth ████████████████████
**Sent:** Friday, February 17, 2023 11:06 AM
**To:** Michael Christopher ████████████████████
**Subject:** Arrival in Syracuse

**CAUTION - EXTERNAL:**

Hi Michael,

I just landed back in Syracuse and wanted to let you know. Thank you.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Travel Request |
| **Date:** | Friday, March 24, 2023 4:59:51 PM |
| **Attachments:** | image001.png |

Ted,

This travel is approved.  Please provide me the flight info once secured.   I have spoken with your sister.   Please confirm the dates once known.  I assume you are residing with your sister?

Thank you



**From:** Theodore Farnsworth ████████████████████████
**Sent:** Friday, March 24, 2023 1:28 PM
**To:** Michael Christopher ████████████████████████████
**Subject:** Travel Request

**CAUTION - EXTERNAL:**

Michael,

I have been notified by my sister, ████████████, that our mother ██████████████████████. She will be meeting with her doctor on Monday ████████████████████. She is not aware at this time as my sister is the one who communicates with her doctors. I assist with my mother's care while she resides in her home in NY and I need to be with her at this time. I would be happy to send a copy of the report or medical records if you would like. This is a difficult time for our family and I thank you for your consideration of this urgent request.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth |
| **To:** | Michael Christopher |
| **Subject:** | Re: Travel Request |
| **Date:** | Friday, March 24, 2023 5:21:25 PM |

Thank you so much. Yes I will be staying there with her. I will keep you posted.

Sent from my iPhone
Ted Farnsworth

On Mar 24, 2023, at 4:59 PM, Michael Christopher ███████████████████████ wrote:

Ted,

This travel is approved.  Please provide me the flight info once secured.   I have spoken with your sister.   Please confirm the dates once known.  I assume you are residing with your sister?

Thank you

<image001.png>

**From:** Theodore Farnsworth ███████████████████
**Sent:** Friday, March 24, 2023 1:28 PM
**To:** Michael Christopher ██████████████████████████
**Subject:** Travel Request

**CAUTION - EXTERNAL:**

Michael,

I have been notified by my sister, ██████████, that our mother ████████ ████████████. She will be meeting with her doctor on Monday ████████ ███████████████. She is not aware at this time as my sister is the one who communicates with her doctors. I assist with my mother's care while she resides in her home in NY and I need to be with her at this time. I would be happy to send a copy of the report or medical records if you would like. This is a difficult time for our family and I thank you for your consideration of this urgent request.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Slip Sheet

| From: | Theodore Farnsworth |
|---|---|
| To: | █████████████████ |
| Subject: | Travel Request |
| Attachments: | FILE-8457.pdf |

Michael,

I have been notified by my sister, ████████████, that our mother ████████████
██████ She will be meeting with her doctor on Monday to ████████████████.
She is not aware at this time as my sister is the one who communicates with her doctors. I
assist with my mother's care while she resides in her home in NY and I need to be with her at
this time. I would be happy to send a copy of the report or medical records if you would like.
This is a difficult time for our family and I thank you for your consideration of this urgent
request.

All the best,

Ted

# Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ████████████ |
| **Sent:** | Monday, March 27, 2023 6:40 AM |
| **To:** | Michael Christopher |
| **Subject:** | Trip to South Carolina |
| **Attachments:** | IMG_5113.PNG; Untitled attachment 00131.txt; IMG_5114.PNG; Untitled attachment 00134.txt |

Officer Christopher

Thank you so much for understanding. I will send you the return ticket as soon as I make it.

THEODORE JOSE...
DIAMOND MEDALLION / ELI...

 **DELTA**
**DL2700** MAR 27, 2023



 Add to
Apple Wallet

**SEAT**
01C

**ZONE**
FIRST

**SKY PRIORITY**

**DEPARTURE GATE**
23
--



**BOARDING TIME**
5:35 am
BOARDING



**DEPARTURE TIME**
6:15 am
BOARDING



## Flight is Now Boarding
View where you are in line

 Account

 Today

 Book

 Notifications

 More




THEODORE JOSEP...
DIAMOND MEDALLION / ELI...



DL2354   MAR 27, 2023





**SEAT**
03B

**ZONE**
FIRST

**SKY PRIORITY**

**DEPARTURE GATE**
C33
Domestic Term-South




**BOARDING TIME**
9:30 am
ON TIME

**DEPARTURE TIME**
10:10 am
ON TIME

✈ Where is My Plane?

⌁ Seat Selection

      

Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ███████████████ |
| **Sent:** | Monday, March 27, 2023 9:01 AM |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Trip to South Carolina |

Received   thank you

 **Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ███████████
Fax: ███████████

---

**From:** Theodore Farnsworth ███████████████
**Sent:** Monday, March 27, 2023 6:40 AM
**To:** Michael Christopher ███████████████
**Subject:** Trip to South Carolina

CAUTION - EXTERNAL:

Officer Christopher

Thank you so much for understanding. I will send you the return ticket as soon as I make it.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

5:49

SYR – AT

THEODORE JOSE...

DIAMOND MEDALLION / ELI...



5:49

ATL – GS

THEODORE JOSEP...

DIAMOND MEDALLION / ELI...



Sent from my iPhone
Ted Farnsworth

# Slip Sheet

**From:** Theodore Farnsworth █████████████

**Sent:** Thursday, March 30, 2023 10:48 AM

**To:** Michael Christopher

**Subject:** Schedule

Good morning, Officer Christopher.

Due to my late departure from Syracuse, would it be possible to extend my visit by one day and return to Syracuse Saturday? I would like to spend an extra day with my mom in Easley, SC.

If this is not possible, please let me know and I will return to Syracuse later today. Thank you for your consideration in this. I truly appreciate it.


All the best,

Ted

Slip Sheet

**From:**          Theodore Farnsworth █████████████████
**Sent:**          Thursday, March 30, 2023 11:00 AM
**To:**            Michael Christopher
**Subject:**       Update

Officer Christopher,

Apologies, when I looked at the dates, I was thinking of staying Friday and Saturday heading back early  Sunday if that works. If not, I will return later today.

Thank you.


All the best,

Ted

# Slip Sheet

**From:** Michael Christopher ███████████████████
**Sent:** Thursday, March 30, 2023 1:07 PM
**To:** Theodore Farnsworth
**Subject:** RE: Update

Sunday 4/1/23 for return to Syracuse is approved.  Please provide your flight info.

Thank you



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ███████████
Fax: ███████████

**From:** Theodore Farnsworth ██████████████████
**Sent:** Thursday, March 30, 2023 11:00 AM
**To:** Michael Christopher █████████████████
**Subject:** Update

==**CAUTION - EXTERNAL:**==

Officer Christopher,

Apologies, when I looked at the dates, I was thinking of staying Friday and Saturday heading back early  Sunday if that works. If not, I will return later today.

Thank you.

All the best,

Ted

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==

# Slip Sheet

**From:** Ted Farnsworth ██████████████████
**Sent:** Sunday, April 2, 2023 11:26 AM
**To:** ████████████████████
**Subject:** Fw: Your Flight Receipt - THEODORE JOSEPH FARNSWORTH 02APR23

All the best,
Ted

---

**From:** Delta Air Lines <DeltaAirLines@t.delta.com>
**Sent:** Thursday, March 30, 2023 5:09 PM
**To:** ████████████████████████████
**Subject:** Your Flight Receipt - THEODORE JOSEPH FARNSWORTH 02APR23

View as a Web Page



#████████
SkyMiles® Member

## CONFIRMATION #: GTP5RX

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.



### Passenger Info

Name: THEODORE JOSEPH FARNSWORTH
SkyMiles #████████
Diamond

| FLIGHT | SEAT |
|--------|------|

| DELTA 2351 | 03C |
| DELTA 1201 | 03C |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Sun, 02APR | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 2351<br>First Class (D) | GREENVILLE, SC<br>7:00am | ATLANTA<br>8:03am |
| DELTA 1201<br>First Class (D) | ATLANTA<br>9:00am | SYRACUSE, NY<br>11:11am |

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062374912073**
Place of Issue:
Issue Date: 30MAR23
Expiration Date: 30MAR24

| METHOD OF PAYMENT | |
| --- | --- |
| Org FOP VI************7245 | |

| ECREDITS APPLIED | |
| --- | --- |
| eCredits Number | ████████ |

28

| Passenger Name | THEODORE JOSEPH FARNSWORTH |
|---|---|
| Amount Applied | 8692.24 USD |
| Applied to Ticket Number | 0062374912073 |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $529.30 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $39.70 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| **TICKET AMOUNT** | **$593.20 USD** |

## Remaining eCredit Amount Due To Passenger

Passenger: THEODORE JOSEPH FARNSWORTH
Original eCredit #: ▮▮▮▮▮▮▮▮
New eCredit #: ▮▮▮▮▮▮▮▮
eCredit Expiration: 31DEC23
Redemption Code: *Retain from original eCredit if applicable*

TOTAL: $8099.04 USD

Refer to eCredit number for future travel. Non refundable/ Non Endorsable/ Valid on Delta only. To redeem this eCredit for future travel please visit delta.com/redeem.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| Sun 02 Apr 2023 | | GSP-SYR |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel



### Book Hotel And Transportation

**Earn miles by booking your travel accommodations with our hotel and car rental partners ›**



### Visit Our Help Center

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›**



### Update Your Contact Information

**Make sure your information is updated on your SkyMiles profile for a more personalized**

**experience and service. View my profile ›**

# Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit **delta.com Restricted Items Section.**

Help Center    Flight Deals    Earn Miles    Give Back

Email Preferences | Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero[SM] at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: GSP DL X/ATL DL SYR529.30HA0QA0FL USD529.30END ZP GSPATL XF GSP4.5ATL4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to,

baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines,

Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to: ███████████████

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

# Slip Sheet

**From:** Theodore Farnsworth █████████████████
**Sent:** Sunday, April 2, 2023 11:45 AM
**To:** Michael Christopher
**Subject:** Fwd: Fw: Your Flight Receipt - THEODORE JOSEPH FARNSWORTH 02APR23

Officer Christopher,

This is my original receipt for my flight out of Greenville this morning. However, it was cancelled and I was rebooked on a 12:01 pm flight today. I'll send that next.

Again, thank you for approving my request. I really appreciated it and so did my mother.

All the best,

Ted

All the best,
Ted

---

**From:** Delta Air Lines <DeltaAirLines@t.delta.com>
**Sent:** Thursday, March 30, 2023 5:09 PM
**To:** ████████████████████████
**Subject:** Your Flight Receipt - THEODORE JOSEPH FARNSWORTH 02APR23



View as a Web Page

#████████
SkyMiles® Member

**CONFIRMATION #: GTP5RX**

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: THEODORE JOSEPH FARNSWORTH
SkyMiles #█████████
Diamond

| FLIGHT | SEAT |
|--------|------|
| DELTA 2351 | 03C |
| DELTA 1201 | 03C |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 02APR | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 2351<br>First Class (D) | GREENVILLE, SC<br>7:00am | ATLANTA<br>8:03am |
| DELTA 1201<br>First Class (D) | ATLANTA<br>9:00am | SYRACUSE, NY<br>11:11am |

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: 0062374912073
Place of Issue:

Issue Date: 30MAR23
Expiration Date: 30MAR24

| METHOD OF PAYMENT | |
|---|---|
| Org FOP VI************7245 | |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | ███████████ |
| Passenger Name | THEODORE JOSEPH FARNSWORTH |
| Amount Applied | 8692.24 USD |
| Applied to Ticket Number | 0062374912073 |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $529.30 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $39.70 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| **TICKET AMOUNT** | **$593.20 USD** |

## Remaining eCredit Amount Due To Passenger

Passenger: THEODORE JOSEPH FARNSWORTH
Original eCredit #: ███████████
New eCredit #: ███████████
eCredit Expiration: 31DEC23
Redemption Code: *Retain from original eCredit if applicable*

TOTAL: $8099.04 USD

Refer to eCredit number for future travel. Non refundable/ Non Endorsable/ Valid on Delta only. To redeem this eCredit for future travel please visit delta.com/redeem.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| Sun 02 Apr 2023 | | GSP-SYR |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel







### Book Hotel And Transportation

**Earn miles by booking your travel accommodations with our hotel and car rental partners ›**

### Visit Our Help Center

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›**

### Update Your Contact Information

**Make sure your information is updated on your SkyMiles profile for a more personalized experience and service. View my profile ›**

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

### Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.





Help Center · Flight Deals · Earn Miles · Give Back

Email Preferences | Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero[SM] at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: GSP DL X/ATL DL SYR529.30HA0QA0FL USD529.30END ZP GSPATL XF GSP4.5ATL4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details.

Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage at delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables*

*et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to: ████████████████

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

# Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ████████████████ |
| **Sent:** | Sunday, April 2, 2023 11:46 AM |
| **To:** | Michael Christopher |
| **Subject:** | Fwd: Fw: Your Flight Was Canceled. Here's Your New Itinerary |

Here is the follow up email regarding the rebooking. Heading out shortly.

All the best,

Ted

All the best,
Ted

---

**From:** DeltaAirLines@g.delta.com <DeltaAirLines@g.delta.com>
**Sent:** Sunday, April 2, 2023 1:41 AM
**To:** ██████████████████████████████
**Subject:** Your Flight Was Canceled. Here's Your New Itinerary

~~You have already been booked on the best available option.~~



*******335547
SkyMiles® Member

# Your Flight Has Been Rebooked

Hello Theodore Joseph,

Your upcoming flight, Trip Confirmation #GTP5RX, was impacted by a flight cancellation, but we automatically rebooked you on the next available flight. There's no further action you need to take unless you'd like to make additional changes to your new itinerary. We know this change may impact your plans and apologize for any inconvenience it may cause. We thank you for choosing Delta and look forward to serving you on board.

# Your New Flight Info



| FLIGHT/DATE | DEPART | ARRIVE |
|---|---|---|

**UPDATE - CHANGE**

| FLIGHT/DATE | DEPART | ARRIVE |
|---|---|---|
| Delta 4771<br>Sun, April 2 | Greenville/Spartanburg, South Carolina<br>12:01 PM | LaGuardia,New York<br>1:59 PM |
| Delta 5724<br>Sun, April 2 | LaGuardia,New York<br>3:14 PM | Syracuse, New York<br>4:33 PM |
| ~~Delta 2351~~<br>~~Sun, April 2~~ | ~~Greenville/Spartanburg, South Carolina~~<br>~~7:00 AM~~ | ~~Atlanta, Georgia~~<br>~~8:03 AM~~ |
| ~~Delta 1201~~<br>~~Sun, April 2~~ | ~~Atlanta, Georgia~~<br>~~9:00 AM~~ | ~~Syracuse, New York~~<br>~~11:11 AM~~ |

| FLIGHT | SEAT |
|---|---|
| Delta 4771 | Choose Seat |
| Delta 5724 | Choose Seat |

\* Delta 4771 is operated by Endeavor Air DBA Delta Connection
\* Delta 5724 is operated by Republic Airways DBA Delta Connection

# Want To Reschedule Or Cancel?

## Pick A New Flight



Follow step-by-step directions to make a change online for most ticket types.

See Instructions >

## Cancel Your Trip



You may be eligible to cancel via My Trips prior to departure to receive an eCredit or

refund, depending on your ticket type and circumstances for cancellation.

See Details >

## Manage Your Trip



The Fly Delta app and My Trips on delta.com make it easy to manage your trip.

Go To My Trips >



The options above are the fastest way to address any changes or questions you may have. However, if you need any further support with your trip, message a Delta Reservations specialist.

You have received this email because you provided your email address as contact information.

**Privacy Policy**
Your privacy is important to us. Please review our Privacy Policy.

**Copyright Information**
Delta Blvd., P.O. Box 20706 Atlanta, GA 30320-6001
© 2021 Delta Air Lines, Inc. All rights reserved.

Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ████████████████ |
| **Sent:** | Sunday, April 2, 2023 4:48 PM |
| **To:** | ████████████████ |
| **Subject:** | Back home |

Officer Christopher,

Just got back home in Syracuse

Thank You again

Sent from my iPhone
Ted Farnsworth

Slip Sheet

| **From:** | Theodore Farnsworth ███████████████ |
|---|---|
| **Sent:** | Monday, April 17, 2023 4:42 PM |
| **To:** | Michael Christopher |
| **Subject:** | Emergency Dental Appointment |
| **Attachments:** | Travel Request - Tampa .pdf |

Officer Christopher,

I was seen today for an emergency dental visit. Unfortunately, they were not able to perform the necessary repairs. Therefore, I  need to travel to Tampa to see my specialist. They are able to see me Thursday for a 1:00 appointment. Attached is my travel request.

My dentist is Eden Dental Aesthetics located at 12603 Henderson Rd Tampa  Fl. I greatly appreciate your consideration in this matter. Thank you.


All the best,

Ted

**TRAVEL APPLICATION/APPROVAL FORM**
UNITED STATES DISTRICT COURT
UNITED STATES PROBATION OFFICE
P.O. Box 7035
Syracuse, New York 13261

*TRAVEL REQUEST MUST BE SUBMITTED TWO WEEKS PRIOR TO DEPARTURE UNLESS FOR EMERGENCIES*

| | |
|---|---|
| Name: Theodore Farnsworth | Probation Officer: Michael J Christopher |
| Street Address: ▮▮▮▮ | Telephone (Home): ▮▮▮▮ |
| City, State, Zip: Baldwinsville, NY 13027 | Telephone (Work): |
| Destination: Tampa | |
| Departure Date: 4/20/23 | Return Date: 4/21/23 |
| Purpose of Trip: Emergency Dentist | |
| Person(s) Traveling With: | Relationship: |

**ACCOMMODATIONS (will be verified)**

| | |
|---|---|
| Name: Marriott Hotel (near mall) | |
| Relationship: | Telephone: |
| Address: | |

**MODE OF TRANSPORTATION**

| | | |
|---|---|---|
| Vehicles: Make/Model/License Number: | Owner of Vehicle: | |
| Airlines: Name of Airline: Delta/American | Departure Flight Number and Time: | Return Flight Number and Time: |
| Other mode of transportation (specify): | | |

**AGREEMENT:**
I understand that any deviations from the approved travel grant requires written consent of the Probation Officer. I also agree to furnish prior to and/or upon my return, a resume of my itinerary; including temporary residence, personal contacts, and/or any other information requested by the Probation Officer. I declare under penalty of law that the above information is true and correct.

_____ SIGNATURE                                          DATE

*For Official Use Only:*   Travel Request Approved: ☐    Not Approved: ☐   (If disapproved, give reason) (Over)

*CONTACT THIS OFFICE WITHIN 24 HOURS AFTER YOUR RETURN*

Special Instructions: _____

_____

_____

_____ UNITED STATES PROBATION OFFICER              DATE

☐ Copy mailed to Chief Probation
   Officer in District of Destination

☐ Copy mailed to Parole Commission, if applicable

Slip Sheet

**From:** Michael Christopher ███████████████████████
**Sent:** Tuesday, April 18, 2023 12:45 PM
**To:** Theodore Farnsworth
**Subject:** RE: Emergency Dental Appointment

Yes approved.  Please send flight info/travel dates, thank you.



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ███████████
Fax: ███████████

**From:** Theodore Farnsworth ████████████████████
**Sent:** Monday, April 17, 2023 4:42 PM
**To:** Michael Christopher ██████████████████████████
**Subject:** Emergency Dental Appointment

**CAUTION - EXTERNAL:**

Officer Christopher,

I was seen today for an emergency dental visit. Unfortunately, they were not able to perform the necessary repairs. Therefore, I need to travel to Tampa to see my specialist. They are able to see me Thursday for a 1:00 appointment. Attached is my travel request.

My dentist is Eden Dental Aesthetics located at 12603 Henderson Rd Tampa Fl. I greatly appreciate your consideration in this matter. Thank you.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ███████████████ |
| **Sent:** | Tuesday, April 18, 2023 7:33 PM |
| **To:** | Michael Christopher |
| **Subject:** | Re: Emergency Dental Appointment |

Officer Christopher,

Thank you for my approval, it's much appreciated. I will be leaving early Thursday (4.20) morning and returning to Syracuse Friday (4.21). I will send my flight info and itinerary as soon as I have them.

All the best,

Ted

On Tue, Apr 18, 2023 at 12:45 PM Michael Christopher ████████████████████████ wrote:

Yes approved.  Please send flight info/travel dates, thank you.



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ████████
Fax: ████████

**From:** Theodore Farnsworth ████████████████
**Sent:** Monday, April 17, 2023 4:42 PM
**To:** Michael Christopher ██████████████████████
**Subject:** Emergency Dental Appointment

<mark>CAUTION - EXTERNAL:</mark>

Officer Christopher,

I was seen today for an emergency dental visit. Unfortunately, they were not able to perform the necessary repairs. Therefore, I need to travel to Tampa to see my specialist. They are able to see me Thursday for a 1:00 appointment. Attached is my travel request.

My dentist is Eden Dental Aesthetics located at 12603 Henderson Rd Tampa  Fl. I greatly appreciate your consideration in this matter. Thank you.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

**From:**          Theodore Farnsworth ███████████████
**Sent:**          Wednesday, April 19, 2023 10:24 PM
**To:**            Michael Christopher
**Subject:**       Itinerary
**Attachments:**   Tampa 4.20.23 Itinerary.pdf; Travel Request - Tampa .pdf

Officer Christopher,

Attached is my itinerary with another copy of my request. I leave early tomorrow morning and return Friday. I will send you the hotel information once I confirm a reservation.

Thank you again.


All the best,

Ted

## Your trip

| | | | |
|---|---|---|---|
| Booking ref: | **4C8VAT** | CheckMyTrip App |
| Document Issue Date: | **19 April 2023** | |

| Traveler | **Theodore Farnsworth** | Agency | **SUPER FARE TRAVEL** |
|---|---|---|---|
| | | | **5315 15th Avenue** |
| | | | **Suite 1j** |
| | | | **BROOKLYN NY 11219** |
| | | Telephone | **718 851 5833** |
| | | Fax | **718 851 6143** |
| | | Email | **travel@travelsuperfare.com** |
| | | Website | **12559747** |

| Date | City | Flight | From/To | Class |
|---|---|---|---|---|
| Thu 20 April | Syracuse - Chicago | AA 4260 | 05:25 AM - 06:37 AM | First |
| Thu 20 April | Chicago - Tampa | AA 2920 | 08:25 AM - 12:02 PM | First |
| Fri 21 April | Tampa - Atlanta | DL 1102 | 06:20 AM - 07:57 AM | First |
| Fri 21 April | Atlanta - Syracuse | DL 1201 | 09:10 AM - 11:14 AM | First |

### Airline Booking Reference(s)
AA (American Airlines): BDVSZW
DL (Delta Air Lines): HOU63A

### Ticket details
E-ticket AA 001-7918408313 for  Theodore Farnsworth
E-ticket DL 006-7918408314 for  Theodore Farnsworth



# Discover Amadeus Media Solutions

## Thursday 20 April 2023



### American Airlines AA 4260 (Operated by Republic Airways As American Eagle)

| | | | |
|---|---|---|---|
| **Departure** | **20 April 05:25 AM** | Syracuse, (Hancock Intl) (+) | |
| **Arrival** | **20 April 06:37 AM** | Chicago, (O Hare International) (+) | **Terminal: 3** |
| Duration | | 02:12 (Non stop) | |
| Booking status | | Confirmed | |
| Class | | First (D) | |
| Baggage allowance | | 2 Piece(s) for Theodore Farnsworth | |
| Seat | | 03D confirmed for Theodore Farnsworth | |
| Equipment | | EMBRAER 175 | |
| Frequent Flyer number | | for Theodore Farnsworth | |

## Thursday 20 April 2023




Check-in

### American Airlines AA 2920

| | | | |
|---|---|---|---|
| **Departure** | **20 April 08:25 AM** | Chicago, (O Hare International) (+) | **Terminal: 3** |
| **Arrival** | **20 April 12:02 PM** | Tampa, (Tampa Intl) (+) | |
| Duration | | 02:37 (Non stop) | |
| Booking status | | Confirmed | |
| Class | | First (D) | |
| Baggage allowance | | 2 Piece(s) for Theodore Farnsworth | |
| Seat | | 01F confirmed for Theodore Farnsworth | |
| Equipment | | BOEING 737-800 | |
| Flight meal | | Breakfast | |
| Frequent Flyer number | | for Theodore Farnsworth | |

## Friday 21 April 2023

**Delta Air Lines DL 1102**



**Check-in**

| | | |
|---|---|---|
| **Departure** | 21 April 06:20 AM | Tampa, (Tampa Intl) (+) |
| **Arrival** | 21 April 07:57 AM | Atlanta, (Hartsfield-Jackson Int) (+)   **Terminal: S - Terminal South** |
| Duration | | 01:37 (Non stop) |
| Booking status | | Confirmed |
| Class | | First (C) |
| Baggage allowance | | 2 Piece(s) for Theodore Farnsworth |
| Seat | | 01C confirmed for Theodore Farnsworth |
| Equipment | | BOEING 757 |
| Frequent Flyer number | | ▮▮▮▮▮▮▮ for Theodore Farnsworth |

## Friday 21 April 2023

**Delta Air Lines DL 1201**



**Check-in**

| | | |
|---|---|---|
| **Departure** | 21 April 09:10 AM | Atlanta, (Hartsfield-Jackson Int) (+)   **Terminal: S - Terminal South** |
| **Arrival** | 21 April 11:14 AM | Syracuse, (Hancock Intl) (+) |
| Duration | | 02:04 (Non stop) |
| Booking status | | Confirmed |
| Class | | First (C) |
| Baggage allowance | | 2 Piece(s) for Theodore Farnsworth |
| Seat | | 01C confirmed for Theodore Farnsworth |
| Equipment | | AIRBUS A320 |
| Frequent Flyer number | | ▮▮▮▮▮▮▮ for Theodore Farnsworth |

**Ecological information**
Calculated average CO2 emission is 482.18 kg/person
Source: ICAO Carbon Emissions Calculator
http://www.icao.int/environmental-protection/CarbonOffset/Pages/default.aspx

**Data Protection Notice:** Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred. (applicable for interline carriage).



NDNY
Prob 37a

**TRAVEL APPLICATION/APPROVAL FORM**
UNITED STATES DISTRICT COURT
UNITED STATES PROBATION OFFICE
P.O. Box 7035
Syracuse, New York 13261

*TRAVEL REQUEST MUST BE SUBMITTED TWO WEEKS PRIOR TO DEPARTURE UNLESS FOR EMERGENCIES*

| | |
|---|---|
| Name: Theodore Farnsworth | Probation Officer: Michael J Christopher |
| Street Address: ███████████ | Telephone (Home): ████████ |
| City, State, Zip: Baldwinsville, NY 13027 | Telephone (Work): ████████ |
| Destination: Tampa | |
| Departure Date: 4/30/23 | Return Date: 4/21/23 |
| Purpose of Trip: Emergency Dentist | |
| Person(s) Traveling With: | Relationship: |

| ACCOMMODATIONS (will be verified) | |
|---|---|
| Name: Marriott Hotel (near mall) | |
| Relationship: | Telephone: |
| Address: | |

| MODE OF TRANSPORTATION | |
|---|---|
| Vehicles: Make/Model/License Number: | Owner of Vehicle: |
| Airlines: Name of Airline: Delta/American | Departure Flight Number and Time: / Return Flight Number and Time: |
| Other mode of transportation (specify): | |

**AGREEMENT:**
I understand that any deviations from the approved travel grant requires written consent of the Probation Officer. I also agree to furnish prior to and/or upon my return, a resume of my itinerary; including temporary residence, personal contacts, and/or any other information requested by the Probation Officer. I declare under penalty of law that the above information is true and correct.

_____ 4/17/23
SIGNATURE                                      DATE

For Official Use Only:   Travel Request Approved: ☐      Not Approved: ☐   (If disapproved, give reason) (Over)

*CONTACT THIS OFFICE WITHIN 24 HOURS AFTER YOUR RETURN*

Special Instructions: _____

_____

_____

_____ _____
UNITED STATES PROBATION OFFICER      DATE

☐  Copy mailed to Chief Probation
    Officer in District of Destination

☐  Copy mailed to Parole Commission, if applicable

# Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ███████████████████ |
| **Sent:** | Thursday, April 20, 2023 3:09 PM |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Itinerary |

Thank you



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ███████████
Fax: ███████████

---

**From:** Theodore Farnsworth ███████████████
**Sent:** Wednesday, April 19, 2023 10:24 PM
**To:** Michael Christopher ████████████████████
**Subject:** Itinerary

<mark>**CAUTION - EXTERNAL:**</mark>

Officer Christopher,

Attached is my itinerary with another copy of my request. I leave early tomorrow morning and return Friday. I will send you the hotel information once I confirm a reservation.

Thank you again.

All the best,

Ted

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ███████████████ |
| **Sent:** | Thursday, April 20, 2023 3:11 PM |
| **To:** | Michael Christopher |
| **Subject:** | Travel |
| **Attachments:** | Ted Farnsworth Boarding Pass 4.20.21 .jpg |

Officer Christopher,

Unfortunately, I missed my flight this morning to Tampa. Attached is a copy of my boarding pass. I have been working with the dentist's office today to see when they can reschedule. It's possible tomorrow afternoon. I would like to return back to Syracuse Saturday, Sunday at the latest. Do I need to fill out another request form once I have confirmed everything with the office?

All the best,

Ted

 American

 oneworld

# BOARDING PASS
Boarding ends 15 minutes before departure

PASSENGER NAME
FARNSWORTH/THEODORE

 FREQUENT FLYER #

RECORD LOCATOR
BDVSZW

FROM:
CHICAGO OHARE

TO:
TAMPA

FLIGHT       CLASS    DATE      DEPARTS
AA2920        D      20APR     825A

GROUP 1

GATE     BOARDING TIME      SEAT
          750A              1F

PRIORITY FIRST

0017918408313

 wi-fi onboard

BOARDING PASS
FARNSWORTH/THEODOR

FROM:
CHICAGO OHARE

TO:
TAMPA

FLIGHT                      SEAT
AA2920                      1F
GROUP 1

DATE       CLASS    DEPARTS
20APR       D       825A

---

American

 oneworld

# BOARDING PASS
BOARDING ENDS 15 MINUTES BEFORE DEPARTURE

PASSENGER NAME
FARNSWORTH/THEODORE

FREQUENT FLYER #

RECORD LOCATOR
BDVSZW

FROM:
SYRACUSE

TO:
CHICAGO OHARE

FLIGHT       CLASS    DATE      DEPARTS
AA4260        D      20APR     525A

GROUP 1

GATE     BOARDING TIME      SEAT
15        500A              3D

PRIORITY FIRST

0017918408313

 wi-fi onboard

BOARDING PASS
FARNSWORTH/THEODOR

FROM:
SYRACUSE

TO:
CHICAGO OHARE

FLIGHT                      SEAT
AA4260                      3D
GROUP 1

DATE       CLASS    DEPARTS
20APR       D       525A

Slip Sheet

**From:** Michael Christopher █████████████████████████
**Sent:** Thursday, April 20, 2023 3:17 PM
**To:** Theodore Farnsworth
**Subject:** RE: Travel

Why did you miss your flight?  No I do not need another request completed.  Email would be fine.



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ████████████
Fax: ████████████

---

**From:** Theodore Farnsworth █████████████████████
**Sent:** Thursday, April 20, 2023 3:11 PM
**To:** Michael Christopher █████████████████████
**Subject:** Travel

**CAUTION - EXTERNAL:**

Officer Christopher,

Unfortunately, I missed my flight this morning to Tampa. Attached is a copy of my boarding pass. I have been working with the dentist's office today to see when they can reschedule. It's possible tomorrow afternoon. I would like to return back to Syracuse Saturday, Sunday at the latest. Do I need to fill out another request form once I have confirmed everything with the office?

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

**From:** Theodore Farnsworth █████████████████
**Sent:** Thursday, April 20, 2023 4:29 PM
**To:** Michael Christopher
**Subject:** Re: Travel

I'm kind of embarrassed to say that I was at the wrong gate. I arrived around 4:30 am at Gate 1 for my 5:20 flight and I should have been at Gate 15. I just read it wrong on my boarding pass. My apologies and now I'm trying to regroup.

All the best,

Ted

On Thu, Apr 20, 2023 at 3:17 PM Michael Christopher ████████████████████████ wrote:

Why did you miss your flight?   No I do not need another request completed.  Email would be fine.



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ██████████████
Fax: ██████████████

**From:** Theodore Farnsworth ████████████████████
**Sent:** Thursday, April 20, 2023 3:11 PM
**To:** Michael Christopher ████████████████████
**Subject:** Travel

==**CAUTION - EXTERNAL:**==

Officer Christopher,

Unfortunately, I missed my flight this morning to Tampa. Attached is a copy of my boarding pass. I have been working with the dentist's office today to see when they can reschedule. It's possible tomorrow afternoon. I would like to return

back to Syracuse Saturday, Sunday at the latest. Do I need to fill out another request form once I have confirmed everything with the office?

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

**From:**        Theodore Farnsworth ███████████████
**Sent:**        Thursday, April 20, 2023 4:54 PM
**To:**          Michael Christopher
**Subject:**     Travel

Officer Christopher,

They are able to schedule me tomorrow for dental work at 2:00. There is a flight available in the morning (4/20)  AA  4648 departing at 5:33A arriving Tampa 11:10. Flight is through Washington.

Return flight to Syracuse  would be Saturday. Delta 1740  departing Tampa 11:17 and arriving Syracuse 4:27. This is through LaGuardia.

Please let me know if this is approved. Thank you.

All the best,

Ted

Slip Sheet

**From:**          Theodore Farnsworth ███████████████
**Sent:**          Friday, April 21, 2023 3:37 PM
**To:**            Michael Christopher
**Subject:**       Hotel Reservation
**Attachments:**   Reservations - Tampa.jpg

Officer Christopher,

I made it to  Tampa and I've been in the dentist chair since 2:00 pm

Attached is my hotel reservation for tonight. I return to Syracuse tomorrow, late afternoon.

Thank you again.


All the best,

Ted

Here's a reservation I wanted to share.

GUEST
Theodore Farnsworth

DATES
Friday, April 21 to Saturday, April 22, 2023
Check-in: 4:00 PM
Check-out: 11:00 AM

HOTEL
JW Marriott Tampa Water Street
510 Water Street
Tampa, FL, USA
+1 (813) 221-4950

# Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ███████████████ |
| **Sent:** | Saturday, April 22, 2023 2:03 PM |
| **To:** | Michael Christopher |
| **Subject:** | Re: Travel |

Officer Christopher
I just want to let you know that I'm back in Syracuse from my dentist in Tampa
Thank you again Ted

Sent from my iPhone
Ted Farnsworth

> On Apr 20, 2023, at 3:17 PM, Michael Christopher <Michael_Christopher@nynp.uscourts.gov> wrote:

Why did you miss your flight?  No I do not need another request completed.  Email would be fine.



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ████████████
Fax: ██████████

**From:** Theodore Farnsworth ███████████████
**Sent:** Thursday, April 20, 2023 3:11 PM
**To:** Michael Christopher ████████████████████████
**Subject:** Travel

==CAUTION - EXTERNAL:==

Officer Christopher,

Unfortunately, I missed my flight this morning to Tampa. Attached is a copy of my boarding pass. I have been working with the dentist's office today to see when they can reschedule. It's possible tomorrow afternoon. I would like to return back to Syracuse Saturday, Sunday at the latest. Do I need to fill out another request form once I have confirmed everything with the office?

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth █████████████ |
| **Sent:** | Monday, April 24, 2023 9:00 AM |
| **To:** | Michael Christopher |
| **Subject:** | Travel request to SC |
| **Attachments:** | Travel Request SC.pdf |

Officer Christopher,

As you know, my mother has not been well. In the past few days her condition has been deteriorating rapidly. She is scheduled for a procedure this Thursday at the Greenville hospital in SC. She is very concerned and upset about the procedure and pending results. I am requesting travel to be with her this week. Thank you.

All the best,

Ted

NDNY
Prob 37a

# TRAVEL APPLICATION/APPROVAL FORM
## UNITED STATES DISTRICT COURT
## UNITED STATES PROBATION OFFICE
P.O. Box 7035
Syracuse, New York 13261

*TRAVEL REQUEST MUST BE SUBMITTED TWO WEEKS PRIOR TO DEPARTURE UNLESS FOR EMERGENCIES*

| | |
|---|---|
| Name: Theodore Farnsworth | Probation Officer: Michael J Christopher |
| Street Address: Baldwinsville, NY 13027 | Telephone (Home): ▓▓▓ cell |
| City, State, Zip: | Telephone (Work): |
| Destination: Easley/Greenville SC | |
| Departure Date: 4/25/2023 | Return Date: 5/2/2023 |
| Purpose of Trip: Visit Mother (scheduled 4/27/23) | |
| Person(s) Traveling With: | Relationship: |

## ACCOMMODATIONS (will be verified)

| | |
|---|---|
| Name: ▓▓▓ or Hotel | |
| Relationship: Sister | Telephone: ▓▓▓ |
| Address: ▓▓▓ Easley SC | |

## MODE OF TRANSPORTATION

| | | |
|---|---|---|
| Vehicles: Make/Model/License Number: | Owner of Vehicle: | |
| Airlines: Name of Airline: Delta (if possible) | Departure Flight Number and Time: | Return Flight Number and Time: |
| Other mode of transportation (specify): | | |

**AGREEMENT:**

I understand that any deviations from the approved travel grant requires written consent of the Probation Officer. I also agree to furnish prior to and/or upon my return, a resume of my itinerary; including temporary residence, personal contacts, and/or any other information requested by the Probation Officer. I declare under penalty of law that the above information is true and correct.

_____     _____
SIGNATURE                   DATE

*For Official Use Only:*   Travel Request Approved: [ ]    Not Approved: [ ]   (If disapproved, give reason) (Over)

## CONTACT THIS OFFICE WITHIN 24 HOURS AFTER YOUR RETURN

Special Instructions: _____

_____

_____

_____     _____
UNITED STATES PROBATION OFFICER         DATE

[ ]   Copy mailed to Chief Probation
      Officer in District of Destination

[ ]   Copy mailed to Parole Commission, if applicable

# Slip Sheet

**From:** Michael Christopher ████████████████████████
**Sent:** Monday, April 24, 2023 10:47 AM
**To:** Theodore Farnsworth
**Subject:** RE: Travel request to SC

Travel approved.  Please send details when secured.

Thank you



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ████████████████
Fax: ████████████

---

**From:** Theodore Farnsworth ████████████████████
**Sent:** Monday, April 24, 2023 9:00 AM
**To:** Michael Christopher ████████████████████████
**Subject:** Travel request to SC

**CAUTION - EXTERNAL:**

Officer Christopher,

As you know, my mother has not been well. In the past few days her condition has been deteriorating rapidly. She is scheduled ████████████ this Thursday at the Greenville hospital in SC. She is very concerned and upset ████████ ████████████████████████. I am requesting travel to be with her this week. Thank you.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Slip Sheet

**From:**       Theodore Farnsworth ███████████████████
**Sent:**       Monday, April 24, 2023 3:22 PM
**To:**         Michael Christopher
**Subject:**    Re: Travel request to SC

Thank you very much. I will send over my information as soon as I have it.

On Mon, Apr 24, 2023 at 10:47 AM Michael Christopher ████████████████████████ wrote:

Travel approved.  Please send details when secured.

Thank you



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ██████████████
Fax: ██████████████

**From:** Theodore Farnsworth ████████████████
**Sent:** Monday, April 24, 2023 9:00 AM
**To:** Michael Christopher ████████████████████
**Subject:** Travel request to SC

**CAUTION - EXTERNAL:**

Officer Christopher,

As you know, my mother has not been well. In the past few days her condition has been deteriorating rapidly. She is scheduled ██████████ this Thursday at the Greenville hospital in SC. She is very concerned and upset ██████ ████████████. I am requesting travel to be with her this week. Thank you.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ████████████████ |
| **Sent:** | Tuesday, April 25, 2023 8:45 AM |
| **To:** | Michael Christopher |
| **Subject:** | Re: Travel request to SC |
| **Attachments:** | itinerary.pdf |

Officer Christopher,

Attached is my flight information for SC. I leave tonight at 6:30. I will let you know the accommodations as soon as I have things confirmed. They had to temporarily move my mother to my sister's house in Easley yesterday due to health concerns.

Thank you again.


All the best,

Ted


On Mon, Apr 24, 2023 at 10:47 AM Michael Christopher ████████████████████████ wrote:

Travel approved.  Please send details when secured.



Thank you



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ████████████
Fax: ████████████

---

**From:** Theodore Farnsworth ████████████████
**Sent:** Monday, April 24, 2023 9:00 AM
**To:** Michael Christopher ██████████████████████
**Subject:** Travel request to SC

**CAUTION - EXTERNAL:**

Officer Christopher,

As you know, my mother has not been well. In the past few days her condition has been deteriorating rapidly. She is scheduled ███████████ this Thursday at the Greenville hospital in SC. She is very concerned and upset ██████ ██████████████████. I am requesting travel to be with her this week. Thank you.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



# SYR  >  GSP

**Syracuse , NY to Greenville/Spartanburg , SC**
TUE, 25 APR 2023 - TUE, 25 APR 2023

FLIGHT CONFIRMATION #  **GRV2GI**

**SKY PRIORITY**   ONE WAY  |  1 PASSENGER

## ✈ FLIGHTS

### FLIGHT  **DL 2690**

| TUE, 25 APR 2023 | 10 HRS  FROM DEPARTURE | MANAGE COMPLIMENTARY UPGRADES |
|---|---|---|

**Find Sky Club Locations :**
Syracuse Hancock Intl - SYR
Hartsfield-Jackson Atlanta Intl - ATL

## SYR > ATL    ON TIME                    SEAT: 11D

**Airport Map:**   SYR  |  ATL

| DEPART: **6:30 PM** | ARRIVE: **8:52 PM** | DELTA COMFORT+® ( S ) |
|---|---|---|
| GATE  **24** | DOMESTIC TERM-SOUTH GATE  **C49** | |

**Aircraft:** Airbus A320
**Flight Time:** 2HR 22M
**On Time %:** 82
**Miles Flown:** 793

**MEAL SERVICES:** Snacks , Drinks
In-Flight services and amenities:

**BAGGAGE & SERVICE FEES**

🛜 ✈ 🚻 🖥 🔌 🎧

**In-Flight services and amenities
may vary and are subject to change.**

LAYOVER IN ATLANTA, GA    1HR 8M

### FLIGHT  **DL 1661**

| TUE, 25 APR 2023 | 13 HRS  FROM DEPARTURE | MANAGE COMPLIMENTARY UPGRADES |
|---|---|---|

**Find Sky Club Locations :**
Hartsfield-Jackson Atlanta Intl - ATL
Greenville-Spartanburg - GSP

## ATL > GSP    ON TIME                    SEAT: 17A

**Airport Map:**   ATL  |  GSP

| DEPART: **10:00 PM** | ARRIVE: **10:57 PM** | MAIN CABIN ( K ) |
|---|---|---|
| DOMESTIC TERM-SOUTH GATE  **A5** | GATE  **B4** | |

**Aircraft:** Boeing 737-900ER
**Flight Time:** 57M
**On Time %:** 78
**Miles Flown:** 153

**MEAL SERVICES:** No Cabin Service
In-Flight services and amenities:

**BAGGAGE & SERVICE FEES**

🛜 ✈ 🚻 🖥 🔌 🎧

**In-Flight services and amenities
may vary and are subject to change.**

## 👤 PASSENGER INFORMATION

| | NAME | FLIGHT | SEATS | TRIP EXTRAS | SPECIAL REQUESTS |
|---|---|---|---|---|---|
| 1 | **THEODORE JOSEPH FARNSWORTH** SkyMiles # ******5547 Diamond Medallion / Elite Plus eTicket # 0062103613892 | SYR  to  ATL | Delta Comfort+® ( S ) 11D | | |
| | | ATL  to  GSP | Main Cabin ( K ) 17A | | |

**Complete Delta Air Lines Baggage Information**
Baggage fees will be assessed at the time you check in.

## 👤 UPGRADE REQUEST

Eligible members may enjoy complimentary upgrades when available.

| FLIGHT | |
|---|---|
| SYR > ATL DL 2690 | **Upgrade Requested** First Class |
| ATL > GSP DL 1661 | **Upgrade Requested** First Class |

Final baggage fees will be assessed and charged at time of check-in. Baggage fees may change based on the class of service or frequent flyer status. All prices are (USD) unless otherwise noted. If your itenerary qualifies for Trip Insurance, you will be able to add it before you purchase your ticket.

Changes & Cancellation Polices

Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ████████████████ |
| **Sent:** | Tuesday, April 25, 2023 12:48 PM |
| **To:** | Michael Christopher |
| **Subject:** | Hotel SC |

Officer Christopher,

Here's a reservation I wanted to share.

GUEST
Theodore Farnsworth

DATES
Tuesday, April 25 to Sunday, April 30, 2023
Check-in: 3:00 PM
Check-out: 4:00 PM

HOTEL
Residence Inn Greenville
80 Carolina Point Parkway
Greenville, SC, USA
+1 (864) 297-5000

Thank you.

All the best,

Ted

# Slip Sheet

**From:** Theodore Farnsworth █████████████████

**Sent:** Tuesday, April 25, 2023 3:21 PM

**To:** Michael Christopher

**Subject:** Delayed flight

Officer Christopher,

Just wanted to keep you up to date. There is a 30 minute delay in my departure this evening. Please see below.

Your flight DL2690, is now departing at 7:00 pm on Apr 25 from SYR.

If you'd like to stay on your current flight, you don't need to do anything at this time. If you would like to search for alternative flights, you may change your flight at no additional cost at https://tw.delta.com/fToR6Rf78s and selecting ''Find Other Flights''.

We apologize for the inconvenience and will keep you updated on any future changes.

Thank you.

All the best,

Ted

Slip Sheet

**From:**  Theodore Farnsworth ██████████████
**Sent:**  Tuesday, April 25, 2023 6:22 PM
**To:**  Michael Christopher
**Subject:**  Delta Flight Delay - Again

Officer Christopher,

There has been another delay in my flight tonight. I won't be able to make my connecting flight so I will fly tomorrow morning.  Information on tomorrow's  flight to follow.

Delta Air Lines GRV2GI | SYR to GSP

Confirmation #: GRV2GI

Flight# DL2690
--------------
Departing SYR
on Tuesday, Apr 25, 2023 at 7:35 PM

Arriving ATL
on Tuesday, Apr 25, 2023 at 9:57 PM
Flight# DL1661
--------------
Departing ATL
on Tuesday, Apr 25, 2023 at 10:00 PM

Arriving GSP
on Tuesday, Apr 25, 2023 at 10:57 PM

All the best,

Ted

Slip Sheet

**From:**         Theodore Farnsworth ███████████████████████
**Sent:**         Tuesday, April 25, 2023 6:29 PM
**To:**           Michael Christopher
**Subject:**      Flight 4/26

Officer Christopher,

This is the flight schedule for tomorrow - 4/26

Delta Air Lines H7EPGG | SYR to GSP

Confirmation #: H7EPGG

Flight# DL2488
--------------
Departing SYR
on Wednesday, Apr 26, 2023 at 6:45 AM

Arriving LGA
on Wednesday, Apr 26, 2023 at 8:02 AM
Flight# DL4771
--------------
Departing LGA
on Wednesday, Apr 26, 2023 at 9:00 AM

Arriving GSP
on Wednesday, Apr 26, 2023 at 11:12 AM

Thank you.

All the best,

Ted

Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ████████████████████ |
| **Sent:** | Tuesday, April 25, 2023 10:44 PM |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Flight 4/26 |

Thank you

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
████████████ office

**From:** Theodore Farnsworth ████████████████
**Sent:** Tuesday, April 25, 2023 6:29 PM
**To:** Michael Christopher ██████████████████
**Subject:** Flight 4/26

<mark>**CAUTION - EXTERNAL:**</mark>

Officer Christopher,

This is the flight schedule for tomorrow - 4/26

Delta Air Lines H7EPGG | SYR to GSP

Confirmation #: H7EPGG

Flight# DL2488
--------------
Departing SYR
on Wednesday, Apr 26, 2023 at 6:45 AM

Arriving LGA
on Wednesday, Apr 26, 2023 at 8:02 AM
Flight# DL4771
--------------
Departing LGA
on Wednesday, Apr 26, 2023 at 9:00 AM

Arriving GSP
on Wednesday, Apr 26, 2023 at 11:12 AM

Thank you.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth █████████████ |
| **Sent:** | Wednesday, April 26, 2023 3:34 PM |
| **To:** | Michael Christopher |
| **Subject:** | Checking in |

Officer Christopher,

Just wanting you to know that I arrived in SC today.

Thank you.


All the best,

Ted

Slip Sheet

**From:**            Theodore Farnsworth ███████████████
**Sent:**             Sunday, April 30, 2023 7:42 PM
**To:**                Michael Christopher
**Subject:**        Travel

Officer Christopher,

I just wanted to update you on my travels. My mother is in the hospital ███████ at the moment. I needed to return to Syracuse to address business matters. My flight arrives at 12:18 am. Please see below.

Delta Air Lines GXYZER | GSP to SYR

Confirmation #: GXYZER

Flight# DL2629
--------------
Departing GSP
on Sunday, Apr 30, 2023 at 7:59 PM

Arriving ATL
on Sunday, Apr 30, 2023 at 9:09 PM
Flight# DL2123
--------------
Departing ATL
on Sunday, Apr 30, 2023 at 10:06 PM

Arriving SYR
on Monday, May 1, 2023 at 12:18 AM

Thank you again for allowing me the time to be with my mother and family.

All the best,

Ted

Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ███████████████████████ |
| **Sent:** | Monday, May 1, 2023 9:29 AM |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Travel |

Received   Thank you

 **Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ████████████████
Fax: ████████████

**From:** Theodore Farnsworth ████████████████████
**Sent:** Sunday, April 30, 2023 7:42 PM
**To:** Michael Christopher ████████████████████
**Subject:** Travel

<mark>**CAUTION - EXTERNAL:**</mark>

Officer Christopher,

I just wanted to update you on my travels. My mother is in the hospital ██████████ at the moment. I needed to return to Syracuse to address business matters. My flight arrives at 12:18 am. Please see below.

Delta Air Lines GXYZER | GSP to SYR

Confirmation #: GXYZER

Flight# DL2629
--------------
Departing GSP
on Sunday, Apr 30, 2023 at 7:59 PM

Arriving ATL
on Sunday, Apr 30, 2023 at 9:09 PM
Flight# DL2123
--------------
Departing ATL
on Sunday, Apr 30, 2023 at 10:06 PM

Arriving SYR
on Monday, May 1, 2023 at 12:18 AM

Thank you again for allowing me the time to be with my mother and family.

All the best,

Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

**From:**       Theodore Farnsworth ████████████████████
**Sent:**       Friday, May 5, 2023 12:01 PM
**To:**         Michael Christopher
**Subject:**    Travel

Officer Christopher,

I am requesting emergency approval to travel to LA this evening or tomorrow, depending on flights. Our attorneys are located there and I need to address some litigation issues. I would like to return Wednesday.

Thank you for your consideration.


All the best,

Ted

# Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ████████████████████ |
| **Sent:** | Friday, May 5, 2023 12:52 PM |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Travel |

Travel for employment should be requested in advance.   This does not appear to be an emergency that we would permit on such short notice.  Travel denied at this time.  Please submit proper documentation and notice if you need travel for future dates.

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
████████████ office

---

**From:** Theodore Farnsworth ████████████████████
**Sent:** Friday, May 5, 2023 12:01 PM
**To:** Michael Christopher ████████████████████
**Subject:** Travel

<mark>CAUTION - EXTERNAL:</mark>

Officer Christopher,

I am requesting emergency approval to travel to LA this evening or tomorrow, depending on flights. Our attorneys are located there and I need to address some litigation issues. I would like to return Wednesday.

Thank you for your consideration.


All the best,

Ted

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

Slip Sheet

**From:** Theodore Farnsworth ██████████████
**Sent:** Friday, May 5, 2023 12:55 PM
**To:** Michael Christopher
**Subject:** Re: Travel

No problem, I understand. Thank you for your consideration.

All the best,

Ted

On Fri, May 5, 2023 at 12:51 PM Michael Christopher ████████████████████wrote:

Travel for employment should be requested in advance.  This does not appear to be an emergency that we would permit on such short notice.  Travel denied at this time.  Please submit proper documentation and notice if you need travel for future dates.

**Michael J. Christopher**

*Senior U.S. Probation Officer/Location Monitoring Specialist*

Northern District of New York- Syracuse Office

██████████ office

**From:** Theodore Farnsworth ████████████
**Sent:** Friday, May 5, 2023 12:01 PM
**To:** Michael Christopher ██████████████
**Subject:** Travel

**CAUTION - EXTERNAL:**

Officer Christopher,

I am requesting emergency approval to travel to LA this evening or tomorrow, depending on flights. Our attorneys are located there and I need to address some litigation issues. I would like to return Wednesday.

Thank you for your consideration.


All the best,


Ted

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ███████████████████ |
| **Sent:** | Monday, July 10, 2023 5:08 PM |
| **To:** | Theodore Farnsworth |
| **Subject:** | Fed Probation |

Ted,

Could you please report to my office tomorrow July 11, 2023 at 10am for an update.  I left a voicemail this afternoon and stopped by the house.

Please confirm receipt of this email.

Thank you

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
████████████   office

Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ███████████████ |
| **Sent:** | Monday, July 10, 2023 5:37 PM |
| **To:** | Michael Christopher |
| **Subject:** | Re: Fed Probation |

Officer Christopher
I am actually in Miami working on my case was planning on coming back to Syracuse Thursday but I can come back sooner if you need or I can report here in Miami if you would like that as well tomorrow.

Sent from my iPhone
Ted Farnsworth

On Jul 10, 2023, at 5:08 PM, Michael Christopher ████████████████████████ wrote:

Ted,

Could you please report to my office tomorrow July 11, 2023 at 10am for an update.  I left a voicemail this afternoon and stopped by the house.

Please confirm receipt of this email.

Thank you

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
████████████   office

Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ██████████████████ |
| **Sent:** | Monday, July 10, 2023 5:58 PM |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Fed Probation |

I was unaware that you were out of the Northern District of New York.  You were advised at our initial meeting to notify me when you are traveling in the permitted areas, such as SDFL.   You have done this notification in the past.  What address are you currently residing at?  How long have you been in Miami? Have you been in any other location other than the Southern District of Florida and the Northern District of New York?

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
**Northern District of New York- Syracuse Office**
██████████  office

**From:** Theodore Farnsworth ██████████████████
**Sent:** Monday, July 10, 2023 5:37 PM
**To:** Michael Christopher ██████████████████
**Subject:** Re: Fed Probation

<mark>**CAUTION - EXTERNAL:**</mark>

Officer Christopher
I am actually in Miami working on my case was planning on coming back to Syracuse Thursday but I can come back sooner if you need or I can report here in Miami if you would like that as well tomorrow.

Sent from my iPhone
Ted Farnsworth

> On Jul 10, 2023, at 5:08 PM, Michael Christopher ██████████████████ wrote:
>
> Ted,
>
> Could you please report to my office tomorrow July 11, 2023 at 10am for an update.  I left a voicemail this afternoon and stopped by the house.
>
> Please confirm receipt of this email.
>
> Thank you
>
> **Michael J. Christopher**
> *Senior U.S. Probation Officer/Location Monitoring Specialist*
> **Northern District of New York- Syracuse Office**
> ██████████  office

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

| | |
|---|---|
| **From:** | Theodore Farnsworth ████████████████ |
| **Sent:** | Tuesday, July 11, 2023 8:49 AM |
| **To:** | Michael Christopher |
| **Subject:** | Re: Fed Probation |

Officer Christopher

I apologize for that. I didn't realize I had to check in on the Miami location. I am staying  1100 100th St apt 303 Bay Harbor Island Miami I have not traveled outside of the New York district or the south Florida district I do apologize once again.
Thank you

Sent from my iPhone
Ted Farnsworth

On Jul 10, 2023, at 5:58 PM, Michael Christopher ████████████████████ wrote:

I was unaware that you were out of the Northern District of New York.  You were advised at our initial meeting to notify me when you are traveling in the permitted areas, such as SDFL.  You have done this notification in the past.  What address are you currently residing at?  How long have you been in Miami? Have you been in any other location other than the Southern District of Florida and the Northern District of New York?

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
████████████  office

**From:** Theodore Farnsworth ████████████████████
**Sent:** Monday, July 10, 2023 5:37 PM
**To:** Michael Christopher ██████████████████
**Subject:** Re: Fed Probation

CAUTION - EXTERNAL:

Officer Christopher
I am actually in Miami working on my case was planning on coming back to Syracuse Thursday but I can come back sooner if you need or I can report here in Miami if you would like that as well tomorrow.

Sent from my iPhone
Ted Farnsworth

On Jul 10, 2023, at 5:08 PM, Michael Christopher
███████████████████████████████████ wrote:

Ted,

Could you please report to my office tomorrow July 11, 2023 at 10am for an update.  I left a voicemail this afternoon and stopped by the house.

Please confirm receipt of this email.

Thank you

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
████████████     office

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

| | |
|---|---|
| **From:** | Michael Christopher ████████████████████ |
| **Sent:** | Tuesday, July 11, 2023 1:59 PM |
| **To:** | Theodore Farnsworth |
| **Subject:** | RE: Fed Probation |

Ted,

I am trying to call you but the voicemail is full.  Please call me when you as soon as possible.

Thank you



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ████████████
Fax: ████████████

**From:** Theodore Farnsworth ████████████████████
**Sent:** Tuesday, July 11, 2023 8:49 AM
**To:** Michael Christopher ████████████████████████
**Subject:** Re: Fed Probation

**CAUTION - EXTERNAL:**

Officer Christopher

I apologize for that. I didn't realize I had to check in on the Miami location. I am staying  1100 100th St apt 303 Bay Harbor Island Miami I have not traveled outside of the New York district or the south Florida district I do apologize once again.
Thank you

Sent from my iPhone
Ted Farnsworth

On Jul 10, 2023, at 5:58 PM, Michael Christopher ████████████████████████ wrote:

I was unaware that you were out of the Northern District of New York.  You were advised at our initial meeting to notify me when you are traveling in the permitted areas, such as SDFL.  You have done this notification in the past.  What address are you currently residing at?  How long have you been in Miami?  Have you been in any other location other than the Southern District of Florida and the Northern District of New York?

**Michael J. Christopher**

*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
███████████ office

---

**From:** Theodore Farnsworth ████████████████████
**Sent:** Monday, July 10, 2023 5:37 PM
**To:** Michael Christopher ████████████████████
**Subject:** Re: Fed Probation

**CAUTION - EXTERNAL:**

Officer Christopher
I am actually in Miami working on my case was planning on coming back to Syracuse Thursday but I can come back sooner if you need or I can report here in Miami if you would like that as well tomorrow.

Sent from my iPhone
Ted Farnsworth

> On Jul 10, 2023, at 5:08 PM, Michael Christopher ████████████████████ wrote:
>
> Ted,
>
> Could you please report to my office tomorrow July 11, 2023 at 10am for an update.  I left a voicemail this afternoon and stopped by the house.
>
> Please confirm receipt of this email.
>
> Thank you
>
> **Michael J. Christopher**
> *Senior U.S. Probation Officer/Location Monitoring Specialist*
> Northern District of New York- Syracuse Office
> ██████████ office

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

**From:** Theodore Farnsworth █████████████████
**Sent:** Tuesday, July 11, 2023 2:00 PM
**To:** Michael Christopher
**Subject:** Re: Fed Probation

I just tried to call you back. Do you have an extension number that I can plug in?

Sent from my iPhone
Ted Farnsworth

> On Jul 11, 2023, at 1:58 PM, Michael Christopher ████████████████████████wrote:
>
> Ted,
>
> I am trying to call you but the voicemail is full.  Please call me when you as soon as possible.
>
> Thank you
>
>
> <image001.png>
>
> **From:** Theodore Farnsworth ████████████████
> **Sent:** Tuesday, July 11, 2023 8:49 AM
> **To:** Michael Christopher ████████████████████
> **Subject:** Re: Fed Probation
>
> **CAUTION - EXTERNAL:**
>
>
> Officer Christopher
>
> I apologize for that. I didn't realize I had to check in on the Miami location. I am staying  1100 100th St apt 303 Bay Harbor Island Miami I have not traveled outside of the New York district or the south Florida district I do apologize once again.
> Thank you
>
> Sent from my iPhone
> Ted Farnsworth

On Jul 10, 2023, at 5:58 PM, Michael Christopher
████████████████████████████████ wrote:

I was unaware that you were out of the Northern District of New York.  You were advised at our initial meeting to notify me when you are traveling in the permitted areas, such as SDFL.  You have done this notification in the past.  What address are you currently residing at?  How long have you been in Miami? Have you been in any other location other than the Southern District of Florida and the Northern District of New York?

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
**Northern District of New York- Syracuse Office**
████████████   office

From: Theodore Farnsworth ████████████████████
Sent: Monday, July 10, 2023 5:37 PM
To: Michael Christopher ████████████████████████
Subject: Re: Fed Probation

CAUTION - EXTERNAL:

Officer Christopher
I am actually in Miami working on my case was planning on coming back to Syracuse Thursday but I can come back sooner if you need or I can report here in Miami if you would like that as well tomorrow.

Sent from my iPhone
Ted Farnsworth

On Jul 10, 2023, at 5:08 PM, Michael Christopher
████████████████████████████████ wrote:

Ted,

Could you please report to my office tomorrow July 11, 2023 at 10am for an update.  I left a voicemail this afternoon and stopped by the house.

Please confirm receipt of this email.

Thank you

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
███████████ office

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

**From:**      Michael Christopher ██████████████████████

**Sent:**      Tuesday, July 11, 2023 2:01 PM

**To:**      Theodore Farnsworth

**Subject:**      RE: Fed Probation

My direct number is ████████



**Michael Christopher**
U.S. Probation Officer Specialist
Northern District of New York
Direct: ██████████
Fax: ████████

**From:** Theodore Farnsworth ████████████
**Sent:** Tuesday, July 11, 2023 2:00 PM
**To:** Michael Christopher ████████████████
**Subject:** Re: Fed Probation

<mark>**CAUTION - EXTERNAL:**</mark>

I just tried to call you back. Do you have an extension number that I can plug in?

Sent from my iPhone
Ted Farnsworth

On Jul 11, 2023, at 1:58 PM, Michael Christopher ████████████████████ wrote:

Ted,

I am trying to call you but the voicemail is full.  Please call me when you as soon as possible.

Thank you

<image001.png>

**From:** Theodore Farnsworth ████████████
**Sent:** Tuesday, July 11, 2023 8:49 AM
**To:** Michael Christopher ████████████████████



CAUTION - EXTERNAL:

Officer Christopher

I apologize for that. I didn't realize I had to check in on the Miami location. I am staying  1100 100th St apt 303 Bay Harbor Island Miami I have not traveled outside of the New York district or the south Florida district I do apologize once again.
Thank you

Sent from my iPhone
Ted Farnsworth

On Jul 10, 2023, at 5:58 PM, Michael Christopher ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

I was unaware that you were out of the Northern District of New York.  You were advised at our initial meeting to notify me when you are traveling in the permitted areas, such as SDFL.  You have done this notification in the past.  What address are you currently residing at?  How long have you been in Miami? Have you been in any other location other than the Southern District of Florida and the Northern District of New York?

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
▮▮▮▮▮▮▮▮▮  office

From: Theodore Farnsworth <▮▮▮▮▮▮▮▮▮▮▮▮▮>
Sent: Monday, July 10, 2023 5:37 PM
To: Michael Christopher ▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Re: Fed Probation

CAUTION - EXTERNAL:

Officer Christopher
I am actually in Miami working on my case was planning on coming back to Syracuse Thursday but I can come back sooner if you need or I can report here in Miami if you would like that as well tomorrow.

Sent from my iPhone
Ted Farnsworth

On Jul 10, 2023, at 5:08 PM, Michael Christopher
███████████████████████████ wrote:

Ted,

Could you please report to my office tomorrow July 11, 2023 at 10am
for an update.  I left a voicemail this afternoon and stopped by the
house.

Please confirm receipt of this email.

Thank you

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office
████████████ office

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Slip Sheet

**From:** Ted Farnsworth ███████████████
**Sent:** Thursday, July 13, 2023 8:12 AM
**To:** Michael Christopher
**Subject:** Travel
**Attachments:** IMG_8782.jpg; Untitled attachment 00117.txt; IMG_8781.jpg; Untitled attachment 00120.txt; IMG_8780.PNG; Untitled attachment 00123.txt

Officer Christopher

Here is my return flight information today from Miami to Syracuse I just made the reservations this am.

Thank You
Ted Farnsworth



# Purchase Confirmation

Thank you, your purchase is complete. An email confirmation has been sent to ████████████████████

---

**CONFIRMATION #: GLOCAF**
**TICKET #: 0062127580956**

| | |
|---|---|
| **DL1386, DL2123** | |
| Thu, Jul 13, 2023 | First |
| **MIA › SYR** | |
| 6:20pm     12:51am | *1 Stop* |
| Layover in Atlanta, GA 2h 14m | |

---

## VIEW MY TRIP

---

 **Accessible Services**

Need a wheelchair? Need to add an infant in arms?



**Add Accessible Services To Your Trip**

---

**CERTIFICATES APPLIED**

| Delta eCredit | $9,500.44 |
|---|---|
| #████████████████ | $8,422.24 USD Remaining |
| Theodore Farnsworth | *New eCredit #* ████████████ |
| | *Issued to Theodorej Farnsworth Exp. 12/31/23* |

---

 Account   Today   Book   Notifications   More



# ▲ DELTA

## FLIGHT
## DL2123

**ATLANTA**
# ATL

**SYRACUSE**
# SYR

**BOARDING**
9:58PM

**GATE**

**ZONE**
FIRST

**SEAT**
1A

**PASSENGER**
THEODORE JOSEPH FARNSWORTH





# ▲ DELTA

**FLIGHT**
## DL1386

**MIAMI**
# MIA

**ATLANTA**
# ATL

**BOARDING**
## 5:40PM

**GATE**

**ZONE**
## FIRST

**SEAT**
## 1B

**PASSENGER**
## THEODORE JOSEPH FARNSWORTH



Slip Sheet

| | |
|---|---|
| **From:** | Ted Farnsworth ███████████████ |
| **Sent:** | Thursday, July 13, 2023 7:09 PM |
| **To:** | Michael Christopher |
| **Subject:** | Travel update |
| **Attachments:** | IMG_8868.PNG; Untitled attachment 00102.txt; IMG_8869.PNG; Untitled attachment 00105.txt |

Dear Officer Christopher

Just a heads up, I'm actually with the attorneys today and tonight as well so I had a postpone my flight till tomorrow morning. I checked out of the Airbnb today that was in Bay Harbour.
So I checked into the Cadillac hotel by Marriott in Collins Avenue.

Thank you so much
Ted Farnsworth


# THEODORE JOSEP...

DIAMOND MEDALLION / ELITE...

△ DELTA

**DL2485** JUL 14, 2023





| SEAT | ZONE |
|------|------|
| **15E** | **DIAMND** |

**SKY PRIORITY**

## DEPARTURE GATE
**H3**
--



## BOARDING TIME
**11:02 am** 
ON TIME

## DEPARTURE TIME
**11:42 am** 
ON TIME

✈ Where is My Plane?

🎵 Seat Selection

    


DL5047 is operated by Endeavor Air DBA Delta Connection

**THEODORE JOSEP...**
DIAMOND MEDALLION / ELITE...

△ **DELTA**
**DL5047**   JUL 14, 2023





| SEAT | ZONE |
|------|------|
| 08C  | DIAMND |

**SKY PRIORITY**

**DEPARTURE GATE**
98
Terminal C



**BOARDING TIME**
3:55 pm 
ON TIME

**DEPARTURE TIME**
4:25 pm 
ON TIME

 Seat Selection

    

# Slip Sheet

| | |
|---|---|
| **From:** | Ted Farnsworth ███████████████ |
| **Sent:** | Sunday, July 23, 2023 6:35 PM |
| **To:** | █████████████████████ |
| **Subject:** | Travel |

Dear  Officer Christopher

I actually had to come to Miami today, Sunday kind of unexpectedly for meetings tomorrow and Tuesday and will be back in Syracuse on Wednesday just to let you know I am staying at the Cadillac hotel and the address is 3925 Collins Ave., Miami Beach, FL and I am checked into room 612  and also for my transportation I'm driving my own white 2019 Range Rover Florida tag ██████  I left Syracuse this morning on Delta Airlines through JFK to Miami and we left approximately 5:25 AM this morning and got to Miami approximately 10:45 I will give you my return flight information since I book it and expect to be back in Syracuse Wednesday. Thank you so much for your time.

Sent from my iPhone
Ted Farnsworth

Slip Sheet

**From:** Ted Farnsworth █████████████████████

**Sent:** Wednesday, July 26, 2023 8:10 AM

**To:** ████████████████████████████

**Subject:** Travel

Dear Officer, Christapher
My travel from Miami today at approximately 6;45 pm Delta flight 1386 to Atlanta and then flight 2123 to Syracuse I will also send you a copy of the receipts from the hotel as well as the Airbnb Thank you

Sent from my iPhone
Ted Farnsworth

Slip Sheet

**From:**       Ted Farnsworth █████████████████
**Sent:**       Thursday, July 27, 2023 7:08 AM
**To:**         ████████████████████████████
**Subject:**    Travel

Officer Christapher

Just a heads up, I had to stay another day in Miami still staying at the Cadillac hotel on Collins Avenue in Miami Beach. I will be flying back to Syracuse today. Leaving on Delta from Miami at 3:20 PM today arrive in Syracuse at 10:47 PM tonight. Thank you so much.

Sent from my iPhone
Ted Farnsworth