UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**UNITED STATES OF AMERICA**

CASE NO. 22-CR-20521

vs.

**THEODORE FARNSWORTH,
J. MITCHELL LOWE,**

_____/

<u>**NOTICE OF APPEARANCE**</u>

**COMES NOW** the United States of America and gives notice that Timothy J. Coley will appear in the above-captioned case for the limited purpose of representing the Filter Team. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below. All other counsel of record for the United States shall remain as attorneys of notice.

This the 13th day of December, 2023

                                                    Respectfully submitted,

                                                    MARKENZY LAPOINTE
                                                    UNITED STATES ATTORNEY
                                                    SOUTHERN DISTRICT OF FLORIDA

                                                    GLENN S. LEON, CHIEF
                                                    CRIMINAL DIVISION, FRAUD SECTION
                                                    U.S. DEPARTMENT OF JUSTICE

                               By:    */s/ Timothy J. Coley*
                                                    TIMOTHY J. COLEY (FL Bar # A5502784)
                                                    Assistant Chief
                                                    United States Department of Justice
                                                    Criminal Division, Fraud Section
                                                    Special Matters Unit
                                                    1400 New York Avenue NW
                                                    Washington, DC 20530
                                                    Tel: (202) 514-0395
                                                    Timothy.J.Coley@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that, December 13, 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system.

                */s/ Timothy J. Coley*
                TIMOTHY J. COLEY
                Trial Attorney, Fraud Section