UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge David S. Leibowitz**

*Piccadilly Holdings II, LLC et al. v. NO-H2O USA, Inc. et al.*, Case No: 23cv60978

*Fernandez v. 7-Eleven, Inc.*, Case No: 23cv62079

*Robertson v. Walgreen Co.*, Case No: 23cv23263

*Cardero v. Fapoo LLC*, Case No: 23cv23660

*Spires v. Miami-Dade Cnty.*, Case No: 23cv23884

*Galati v. Royal Caribbean Cruises Ltd.*, Case No: 23cv20655

*Pride v. Carnival Corp.*, Case No: 23cv22121

*Kennedy v. Royal Caribbean Cruises*, Case No: 23cv22773

*Hadley Davis Funeral Home LLC v. Century Surety Co.*, Case No: 23cv24610

*Morales et al. v. American Security Ins. Co.*, Case No: 23cv24568

*Garcia v. Banner Life Ins. Co.*, Case No: 23cv24737

*Rinaldi Enterprises, LLC v. U.S. Fire Ins. Co. et al.*, Case No: 23cv21495

USA v. Theodore Fransworth *et al.*  Case No: 22-cr-20521

USA v. Brett Blackman *et al.*     Case No: 22-cr-20271

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to ensure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge David S. Leibowitz.** Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03-2.05.04).

It is hereby **ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable David S. Leibowitz** as of **March 4, 2024** for all further proceedings. It is further **ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Judge David S. Leibowitz.** It is further **ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge David S. Leibowitz**. It is further **ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials **DSL** in lieu of the present initials.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 4, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies To:

Counsel of Record