UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIMINAL NO. 22-CR-20521-DSL |
| | * |
| THEODORE FARNSWORTH, et al | * |
| | ******* |

## MOTION TO WITHDRAW

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3)(B), the undersigned counsel hereby files this Motion to Withdraw as an attorney for the United States of America in this cause. The undersigned counsel is no longer employed by the Department of Justice. The undersigned requests that her name not appear as counsel representing the United States in this cause, and she be removed from the service list and electronic notices via CM/ECF in this case on all further pleadings. Trial attorneys Matthew Reilly and Lauren Archer will continue to represent the United States in this matter.

Dated: May 20, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Lorinda I. Laryea
　　　　　　　　　　　　　　　　　　　Acting Chief, Fraud Section
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

　　　　　　　　　　　　　By:　　 /s/ Kate T. McCarthy
　　　　　　　　　　　　　　　　　　　Kate T. McCarthy
　　　　　　　　　　　　　　　　　　　Trial Attorney, Fraud Section
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *    CRIMINAL NO. 22-CR-20521-DSL |
| THEODORE FARNSWORTH, et al | * |

\*\*\*\*\*\*\*\*

**<u>ORDER GRANTING MOTION TO WITHDRAW</u>**

This Court having considered counsel's Motion to Withdraw and all other relevant factors, it is hereby
    ORDERED that:

    The Motion is GRANTED. Katherine T. McCarthy is withdrawn as Attorney for the United States. The Clerk shall remove Katherine T. McCarthy as counsel in this case.

Dated this ____ day of May 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE