UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20521-CR-LEIBOWITZ

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**THEODORE FARNSWORTH, and**<br>**J. MITCHELL LOWE,**<br><br>    Defendants. | |

### ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court on Attorney for the United States' Motion to Withdraw as Counsel for the United States ("the Motion"). The Court has considered the Motion. It is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Clerk of Court is directed to remove Lauren Archer as counsel for the United States in this case.

**DONE AND ORDERED** in the Southern District of Florida on March 12, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record